**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL SUDOFSKY | : | |
| | : | Civil Action No. 03-cv-1491 |
| v. | : | |
| | : | |
| JDC INCORPORATED | : | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO LOCAL RULE 41.1(b)**

The parties hereto, by the signatures of their counsel appearing below, pursuant to Local Rule 41.1(b), do hereby agree and stipulate as follows:

1. Plaintiff Michael Sudofsky hereby dismisses his claims against Defendant John Deal Coatings, Inc. (designated as JDC Incorporated in the Complaint), with prejudice.

2. Defendant John Deal Coatings, Inc., does hereby dismiss with prejudice its counterclaims against Plaintiff Michael Sudofsky.

**LAW OFFICES OF DAVID M. BARRY**           **TURNER & McDONALD, P.C.**

By_____          By_____
    David M. Barry                                Alan A. Turner
    Counsel for Plaintiff,                        Counsel for Defendant,
    Michael Sudofsky                              John Deal Coatings, Inc.

**SO ORDERED:**

_____
**Hon. Clifford Scott-Green, S.J.**